# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

* Member of PA & Federal Bars
** Member of NY Bar
º Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* º
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

September 8, 2016

To the Clerk of the U.S. Bankruptcy Court

**RE:** *Salvatore P. Galante*
 *Case No. 5:16-bk-03527*

Dear Sir:

Please note the following change of address for Salvatore P. Galante:

Prior Address:   1122 Pope Road
                 Tobyhanna, PA 18466

New Address:    PO Box 12
                Tobyhanna PA 18466

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____TB Fisher_____
    Timothy B. Fisher, II

TBFII/gyl

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7676 fax

☐ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ Cresco
1070 PA Rte 390, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax

Case 5:16-bk-03527-RNO    Doc 8    Filed 09/08/16    Entered 09/08/16 09:09:10    Desc
Main Document    www.pocmtlawyers.com    Page 1 of 1