# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Salvatore P. Galante aka Salvatore J Galante | BK NO. 16-03527 RNO |
| Debtor | Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association and index same on the master mailing list.

Re: Loan # Ending In: 1344

                                        Respectfully submitted,

                                        **/s/ Joshua I. Goldman , Esquire**
                                        Joshua I. Goldman, Esquire
                                        Thomas Puleo, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406
                                        Attorney for Movant/Applicant