Certificate Number: 05781-PAM-DE-028039295

Bankruptcy Case Number: 16-03527


05781-PAM-DE-028039295

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2016, at 8:14 o'clock AM PDT, Salvatore Galante completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 10, 2016     By: /s/Allison M Geving

Name: Allison M Geving

Title: President