Certificate Number: 05781-PAM-DE-028039295

Bankruptcy Case Number: 16-03527



05781-PAM-DE-028039295

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2016, at 8:14 o'clock AM PDT, Salvatore Galante completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 10, 2016          By:     /s/Allison M Geving

                                    Name:   Allison M Geving

                                    Title:  President