**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) |  |
| SALVATORE P GALANTE, | ) | Case No. 5:16-bk-03527-RNO |
|  | ) |  |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
|  | ) | ROBERT N OPEL |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (Amazon.com Store Card [Last four digit of account:1129]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

>Synchrony Bank
>c/o Recovery Management Systems Corporation
>25 SE 2nd Avenue, Suite 1120
>Miami, FL 33131-1605
>Telephone: (305) 379-7674
>Facsimile: (305) 374-8113
>E-mail: claims@recoverycorp.com

Dated: Miami, Florida
October 8, 2016

>By: /s/ Ramesh Singh
>
>Ramesh Singh
>c/o Recovery Management Systems Corporation
>Financial Controller
>25 SE 2nd Avenue, Suite 1120
>Miami, FL 33131-1605
>(305) 379-7674

Assignee Creditor: Amazon.com Store Card [Last four digit of account:1129]