```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 16-03527-RNO
Salvatore P. Galante                                                Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5         User: admin                Page 1 of 1          Date Rcvd: Dec 09, 2016
                             Form ID: 318               Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db            +Salvatore P. Galante,   PO Box 12,   Tobyhanna, PA 18466-0012
4826465        Chase,   PO Box 24696,   Columbus, OH 43224-0696
4826466       +Chase Auto Finance,   P.O. Box 901003,   Fort Worth, TX 76101-2003
4826467        Getaways, Inc.,   500 Koll Executive, 1st Flr,   Parsippany, NJ 07054
4855676       +JP Morgan Chase Bank N.A.,   Chase Auto Finance,   201 N. Central Ave, AZ1-1191,
               Phoenix, AZ 85004-1071
4826468       +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
4826469       +Travel Advantage Network,   PMB #311, 672 Old Mill Rd,   Millersville, MD 21108-1363
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: RECOVERYCORP.COM Dec 09 2016 18:58:00      Recovery Management Systems Corporation,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
4826464       +EDI: TSYS2.COM Dec 09 2016 18:58:00      Barclays Bank Delaware,   125 S West St,
               Wilmington, DE 19801-5014
4842700        EDI: RECOVERYCORP.COM Dec 09 2016 18:58:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
         Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
          rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
         Timothy B. Fisher, II    on behalf of Debtor Salvatore P. Galante donna.kau@pocono-lawyers.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| | | | |
|---|---|---|---|
| Debtor 1 | **Salvatore P. Galante** | Social Security number or ITIN | **xxx–xx–8497** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **5:16–bk–03527–RNO**

# Order of Discharge                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Salvatore P. Galante
aka Salvatore J Galante

**By the court:**

_Rob't N. Opel II_

December 9, 2016

Honorable Robert N. Opel
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**